Form BOC (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Vernon G. Goosen**<br>19094 Walden Dr.<br>Spring Lake, MI 49456<br>SSN: xxx−xx−1152<br><br>**Debtor(s)** | **Case Number 09−01935−jrh**<br><br>**Chapter 11**<br><br>**Honorable Jeffrey R. Hughes** |

## STATEMENT OF COSTS

To: Vernon G. Goosen

Pursuant to Title 28 U.S.C. Section 1930, the Court is required to collect all applicable fees for copies or other services provided to the public. The copies or services requested are being provided to you on the condition that prompt payment will be received within **14 days** from the date of this statement. Failure to remit payment in a timely manner may result in suspension of further service.

| | |
|---|---|
| Copies @ $.50 per page | $ |
| Certification @ $9.00 each | $ |
| Record Searches @ $15.00 each | $ |
| Noticing Charges @ $.50 per notice | $ |
| Local Rules @ $7.50 per set | $ |
| Unpaid Filing Fees for the above−named case | $ |
| Unpaid Adversary Fee −− Adversary No.: | $ |
| Court Opinions | $ |
| Other: 13 to 11 Conversion Fee | $ 765.00 |
| Total Charges: | $ 765.00 (money order) |



Daniel M. LaVille
Clerk of Court

**Dated:** December 16, 2009