Form NTCABUSE (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Vernon G. Goosen**<br>19094 Walden Dr.<br>Spring Lake, MI 49456<br>SSN: xxx–xx–1152<br><br>**Debtor(s)** | **Case Number 09–01935–jrh**<br><br>**Chapter 7**<br><br>**Honorable Jeffrey R. Hughes** |

## CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT REGARDING PRESUMPTION OF ABUSE PURSUANT TO 11 U.S.C. § 704(b)

Having reviewed the documents, if any, filed by the debtor and any additional documents provided to the United States Trustee, the United States Trustee is currently unable to determine whether the debtor's case would be presumed to be an abuse under Section 707(b) of the Bankruptcy Code. Filed by U.S. Trustee Michael V. Maggio. (1Cronin, Matthew)



Daniel M. LaVille
Clerk of Court

**Dated:** March 23, 2010