B6J (Official Form 6J) (12/07)                                                       4/20/10 11:07AM

In re   Vernon Gene Goosen                                                Case No.   09-01935-jrh
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED  4/20/10

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,250.00 |
|    a. Are real estate taxes included?     Yes ___  No  X | |
|    b. Is property insurance included?     Yes ___  No  X | |
| 2. Utilities:  a. Electricity and heating fuel | $ 244.00 |
|             b. Water and sewer | $ 20.00 |
|             c. Telephone | $ 0.00 |
|             d. Other  See Detailed Expense Attachment | $ 224.00 |
| 3. Home maintenance (repairs and upkeep) | $ 450.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 426.00 |
| 8. Transportation (not including car payments) | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 257.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|       a. Homeowner's or renter's | $ 190.00 |
|       b. Life | $ 50.00 |
|       c. Health | $ 4.00 |
|       d. Auto | $ 166.67 |
|       e. Other ___ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify)  Real estate | $ 480.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|       a. Auto | $ 484.01 |
|       b. Other ___ | $ 0.00 |
|       c. Other ___ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  See Detailed Expense Attachment | $ 3,777.32 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 10,123.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I     $ 10,123.00
b. Average monthly expenses from Line 18 above           $ 10,123.00
c. Monthly net income (a. minus b.)                       $ 0.00

B6J (Official Form 6J) (12/07)

In re  **Vernon Gene Goosen**                                    Case No.  **09-01935-jrh**
                               Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Trash pickup | $ 17.00 |
| Cell phone | $ 69.00 |
| Cable TV, Internet & phone | $ 138.00 |
| **Total Other Utility Expenditures** | $ 224.00 |

**Other Expenditures:**

| | |
|---|---:|
| Personal needs such as hair cuts, ect. | $ 80.00 |
| Condominium fee | $ 14.00 |
| Duplex payments & expenses | $ 3,583.32 |
| Accountant | $ 100.00 |
| **Total Other Expenditures** | $ 3,777.32 |