# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-01935 JRH  
**Case Name:** GOOSEN, VERNON G.  
**Period Ending:** 07/15/10

**Trustee:** (420060) John A. Porter, Trustee  
**Filed (f) or Converted (c):** 02/03/10 (c)  
**§341(a) Meeting Date:** 03/12/10  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Personal residence located at 19094 Walden Dr., | 525,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Duplex, 18972 168th, owned w/ nondebtor spouse - | 185,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Duplex, 19004 168th, owned w/ nondebtor spouse - | 185,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Five checking accounts at Fifth Third | 3,603.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Savings account at Fifth Third | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings account at Muskegon Patternmakers Federa | 77.36 | 32.36 | | 0.00 | 77.36 |
| 7 | Normal and usual household goods, no single ite | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Used clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Gun collection | 2,500.00 | 5,500.00 | | 0.00 | 8,000.00 |
| 10 | IRA at Fifth Third (value as of 1/31/09 $83,183. | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1/3 membership interest in RPV Development, LLC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Membership interest in Villas of Hemlock Ridge L | 0.00 | 15,000.00 | | 0.00 | 15,000.00 |
| 13 | Hemlock Ridge LLC from proceeds of sale on Lot 9 | 19,000.00 | 19,000.00 | | 0.00 | 19,000.00 |
| 14 | 2008 Income tax refunds | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Funds garnished by Independent Bank from joint c | 0.00 | 18,000.00 | | 0.00 | 18,000.00 |
| 16 | 2005 GMC Sierra (40,000 miles) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1985 Chevrolet van (150,000 + miles) | 50.00 | 100.00 | | 0.00 | 100.00 |

Printed: 07/15/2010 02:20 PM    V.12.06

| | Page: 2 |
|---|---:|

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 09-01935 JRH  
**Case Name:** GOOSEN, VERNON G.  
**Period Ending:** 07/15/10

**Trustee:** (420060)   John A. Porter, Trustee  
**Filed (f) or Converted (c):** 02/03/10 (c)  
**§341(a) Meeting Date:** 03/12/10  
**Claims Bar Date:**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | 12 foot aluminum fishing boat with 15 hp Honda o | 1,000.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 19 | Kuboto tractor (co-owned with two sons) (full va | 2,025.00 | 4,620.00 | | 0.00 | 4,620.00 |
| 20 | Funds held by Chapter 13 Trustee (u) | 0.00 | 18,729.41 | | 18,729.41 | FA |
| 21 | Funds held in Cotner trust account (u) | 0.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 22 | Dip Checking Acct. @ 5th 3rd Bank | 1,900.00 | 0.00 | | 0.00 | 0.00 |
| 23 | Checking acct. @ 5th 3rd Bank | 25.00 | 0.00 | | 0.00 | 0.00 |
| 24 | Savings account-Chase | 3,700.00 | 0.00 | | 0.00 | 0.00 |
| 25 | Furs and Jewelry | 20.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.45 | Unknown |
| 26 | **Assets**   **Totals** (Excluding unknown values) | **$1,041,500.36** | **$87,481.77** | | **$18,734.86** | **$71,297.36** |

**Major Activities Affecting Case Closing:**

Review numerous issues re assets;  object to exemptions; assert cliam to garnisned funds.

04/10-hire counsel  
03/10-recover funds held in Chaoter 13

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 09-01935 JRH | Trustee: | (420060) John A. Porter, Trustee |
| Case Name: | GOOSEN, VERNON G. | Filed (f) or Converted (c): | 02/03/10 (c) |
| | | §341(a) Meeting Date: | 03/12/10 |
| Period Ending: | 07/15/10 | Claims Bar Date: | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** November 1, 2012    **Current Projected Date Of Final Report (TFR):** November 1, 2012

Printed: 07/15/2010 02:20 PM    V.12.06